139289

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02 CV 67 RHK / JMM Case Title: Empi, Inc. v. Healthcare Logx, Inc

### Affidavit of Movant

I, JUSTIN H. PERL ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Arthur P. Allsworth, an attorney admitted to practice in the _____ District of Arizona ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant Healthcare Logx, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 151397 Date: 3/6/02

### Affidavit of Proposed Admittee

I, Arthur P. Allsworth, am currently a member in good standing of the U.S. District Court for _____ District of Arizona, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Arthur P. Allsworth Signature: [signature] Date: February 28, 2002

Attorney License Number: Arizona 001573

Law Firm Name & Address: Arthur P. Allsworth
1649 East Bethany Home Road
Phoenix AZ 85016-2530

Telephone: 602-277-6627

Motion Granted: [signature] JMM
For the Court: Richard D. Sletten, Clerk

Date: MAR 11 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____